C SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/20/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------x
ARTHUR RICHARDSON,

                                Plaintiff,

                                                07 Civ. 2825 (SHS)(DFE)

        - against-
                                                MEMORANDUM AND ORDER

CAPTAIN ROBINSON   Shield #1282,
CAPTAIN BAILEY     Shield #1086,
C.O. GONZALEZ      Shield #4218,
C.O. LOPEZ         Shield #4730,
C.O. FIGUEROA      Shield #3876, and
C.O. GOLDBERG      Shield #14012,

                                Defendants.
-------------------------------------------x

DOUGLAS F. EATON, United States Magistrate Judge.

        1.   District Judge Sidney H. Stein referred this case to me
for general pretrial supervision and to write a Report and
Recommendation to him if any party makes a dispositive motion.

        2.   I scheduled the initial case management conference
("ICM") for Monday, October 22, 2007.  It was arranged that
plaintiff would be available by telephone at Rikers Island, and
Assistant Corporation Counsel ("ACC") Jessica T. Cohen would come
to my chambers.

        3.   On October 22, ACC Cohen told my chambers that she had
confirmed the conference with the staff at Rikers on Friday,
October 19, but when she called Rikers on October 22, she was
told that plaintiff had been "shipped upstate."  ACC Cohen said
that she would locate plaintiff and then reschedule the ICM.

        4.   It turns out that plaintiff was released from prison and
placed on parole on November 8, 2007.

        5.   On December 19, 2007, ACC Cohen told my chambers that
she contacted Parole Officer Rohan, and was told that plaintiff's
new address is: 779 Concourse Village East, Apt. 12E, Bronx, New
York 10451.

        6.   I direct plaintiff to write to me by January 18, 2008,
and tell me whether he still wishes to pursue this civil lawsuit.
If his answer is "no," then I will recommend that Judge Stein

-1-

dismiss the Complaint.  If plaintiff's answer is "yes," then he must call my chambers as soon as possible (no later than January 18, 2008) and provide my staff with a telephone number where he can be reached, and I will reschedule the ICM.

     7.  Plaintiff is required to give prompt written notice to the Pro Se Office, and to my chambers, and to ACC Cohen, about any change of plaintiff's home address and/or mailing address. Failure to do so may result in a dismissal of the lawsuit.

     8.  The address of the Pro Se Office is Room 230, United States Courthouse, 500 Pearl Street, New York, NY 10007, and its telephone number is (212) 805-0175.  The staff at the Pro Se Office can provide assistance in connection with the Court's procedures, but they cannot give legal advice.


_____
DOUGLAS F. EATON
United States Magistrate Judge
500 Pearl Street, Room 1360
New York, New York 10007
Telephone: (212) 805-6175
Fax: (212) 805-6181

Dated:    New York, New York
          December 20, 2007

Copies of this Memorandum and Order are being sent to:

Arthur Richardson
779 Concourse Village East, Apt. 12E
Bronx, NY 10451

Jessica T. Cohen, Esq.
Assistant Corporation Counsel
New York City Law Department
100 Church Street
New York, NY 10007

Pro Se Office
United States Courthouse
500 Pearl Street, Room 230
New York, NY 10007

Hon. Sidney H. Stein