UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x
ARTHUR RICHARDSON,

                Plaintiff,

    - against -

| | |
|---|---|
| CAPTAIN ROBINSON | Shield #1282, |
| CAPTAIN BAILEY | Shield #1086, |
| C.O. GONZALEZ | Shield #4218, |
| C.O. LOPEZ | Shield #4730, |
| C.O. FIGUEROA | Shield #3876, and |
| C.O. GOLDBERG | Shield #14012, |

                Defendants.
---------------------------------x

07 Civ. 2825 (SHS)(DFE)

MEMORANDUM AND ORDER

DOUGLAS F. EATON, United States Magistrate Judge.

    I direct Mr. Richardson and Assistant Corporation Counsel Jessica T. Cohen to come to Courtroom 18A at 500 Pearl Street on Thursday, March 6, 2008 at 10:00 a.m. sharp for an initial case management conference. I advise Mr. Richardson that 500 Pearl Street is the United States Courthouse, located just east of 60 Centre Street and just south of Worth Street. I also advise him to arrive at the Courthouse by 9:45 a.m., because there are often long lines at the metal detectors, and cell phones must be checked with the guards.

                                         /s/ Douglas F. Eaton
                                         _____
                                         DOUGLAS F. EATON
                                         United States Magistrate Judge
                                         500 Pearl Street, Room 1360
                                         New York, New York 10007
                                         Telephone: (212) 805-6175
                                         Fax: (212) 805-6181

Dated:    New York, New York
           January 28, 2008

Copies of this Memorandum and Order are being sent to:

Arthur Richardson
779 Concourse Village East, Apt. 12E
Bronx, NY 10451

Altanise Whichard, Case Manager
Fordham-Tremont Community Mental Health Center
2250 Ryer Avenue, 3rd Floor
Bronx, NY 10457

Jessica T. Cohen, Esq.
Assistant Corporation Counsel
New York City Law Department
100 Church Street
New York, NY 10007

Pro Se Office
United States Courthouse
500 Pearl Street, Room 230
New York, NY 10007

Hon. Sidney H. Stein