UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
ARTHUR RICHARDSON,

                    Plaintiff,

        - against-

CAPTAIN ROBINSON   Shield #1282,
CAPTAIN BAILEY     Shield #1086,
C.O. GONZALEZ      Shield #4218,
C.O. LOPEZ         Shield #4730,
C.O. FIGUEROA      Shield #3876, and
C.O. GOLDBERG      Shield #14012,

                    Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

07 Civ. 2825 (SHS) (DFE)

MEMORANDUM AND ORDER

DOUGLAS F. EATON, United States Magistrate Judge.

     I direct Mr. Richardson and Assistant Corporation Counsel
Jessica T. Cohen to come to Courtroom 18A at 500 Pearl Street on
Thursday, March 6, 2008 at 10:00 a.m. sharp for an initial case
management conference.   I advise Mr. Richardson that 500 Pearl
Street is the United States Courthouse, located just east of 60
Centre Street and just south of Worth Street.   I also advise him
to arrive at the Courthouse by 9:45 a.m., because there are often
long lines at the metal detectors, and cell phones must be
checked with the guards.

                                                *[signature]*

                                   DOUGLAS F. EATON
                                   United States Magistrate Judge
                                   500 Pearl Street, Room 1360
                                   New York, New York 10007
                                   Telephone: (212) 805-6175
                                   Fax: (212) 805-6181

Dated:    New York, New York
           January 28, 2008

**USDC SDNY**
**DATE SCANNED** 1/29/08

- 1 -

Copies of this Memorandum and Order are being sent to:

Arthur Richardson
779 Concourse Village East, Apt. 12E
Bronx, NY 10451

Altanise Whichard, Case Manager
Fordham-Tremont Community Mental Health Center
2250 Ryer Avenue, 3rd Floor
Bronx, NY 10457

Jessica T. Cohen, Esq.
Assistant Corporation Counsel
New York City Law Department
100 Church Street
New York, NY 10007

Pro Se Office
United States Courthouse
500 Pearl Street, Room 230
New York, NY 10007

Hon. Sidney H. Stein